Same case below, 609 F.3d 642.

**No. 10-741. Randy Richardson, Petitioner v. Thomas Carl Dodds, Jr.**

563 U.S. 960, 131 S. Ct. 2150, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3308.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 614 F.3d 1185.

**No. 10-754. Native Wholesale Supply, Petitioner v. Oklahoma ex rel. W. A. Drew Edmondson, Attorney General of Oklahoma.**

563 U.S. 960, 131 S. Ct. 2150, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3258.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of Oklahoma denied.

Same case below, 237 P.3d 199.

**No. 10-804. Alford Jones, Petitioner v. Alvin W. Keller, Secretary, North Carolina Department of Correction, et al.; and Faye B. Brown, Petitioner v. North Carolina Department of Correction, et al.**

563 U.S. 960, 131 S. Ct. 2150, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3201.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 364 N.C. 249, 698 S.E.2d 49 (first judgment) and 364 N.C. 319, 697 S.E.2d 327 (second judgment).

**No. 10-918. Stephen Henderson, Petitioner v. United States.**

563 U.S. 960, 131 S. Ct. 2151, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3277.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 613 F.3d 1177.

**No. 10-928. Ira Nathel, et al., Petitioners v. Commissioner of Internal Revenue.**

563 U.S. 960, 131 S. Ct. 2151, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3332.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 615 F.3d 83.

**No. 10-941. Derrick O'Neal Mason, Petitioner v. Kim T. Thomas, Interim Commissioner, Alabama Department of Corrections.**

563 U.S. 960, 131 S. Ct. 2175, 179 L. Ed. 2d 935, 2011 U.S. LEXIS 3206,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 605 F.3d 1114.